EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Francisco L. García Enchautegui | 2005 TSPR 93<br><br>164 DPR _____ |

Número del Caso: AB-2004-189

Fecha: 30 de junio de 2005

Abogado del Peticionario:

        Lcdo. Harry Anduze Montaño

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco L. García Enchautegui

AB-2004-189

RESOLUCION

San Juan, Puerto Rico, a 30 de junio de 2005.

Acogido el escrito presentado por el querellado como una solicitud de reinstalación, con lugar como se pide.

Se reinstala a Francisco L. García Enchautegui al ejercicio de la abogacía y se le apercibe que en el futuro debe ser más diligente en acatar las órdenes del Tribunal y contestar los requerimientos del Colegio de Abogados.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo